# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

Albert C. Franklin

-vs-

Home Depot USA

Action No.: 5-06-cv-00048

Date: 6/19/07

Judge: Glen E Conrad

Court Reporter: Tammy Pacheco, Cavalier Rptg

## LIST OF WITNESSES

Attorney: Thomas Oxenham, Esq.

Attorney: Randall Perdue, Esq.

**PLAINTIFF/GOVERNMENT:**
1. Albert C Franklin
2. (No exhibits marked/admitted)
3.
4.

**DEFENDANT:**
1.
2.
3.
4.

**PROCEEDINGS:**

10:00 - 11:00 am  (1 hour)
Parties present and by counsel/corporate rep for 7 member civil jury trial.
Jury Voir Dire - Impanelled & Sworn.

11:00 - 11:10 am Morning Recess

11:10 am - 12:45 pm  (1:35)
Opening Statements by parties.
Pltf begins adducing evidence - No exhibits marked. Witness #1 - Albert C. Franklin
Following cross by deft - Court removes jury and takes up Motion for Jgm as matter of law in light of defendant's testimony and court's earlier ruling as to issue remaining for trial.   GRANTED
Jury returned and released.

TOTAL TIME IN COURT:  2 hours 35 mins.

Judgment as matter of law for defendant.

Initials of Deputy Clerk _____

Case 5:06-cv-00048-GEC -BWC   Document 81   Filed 06/19/07   Page 2 of 2   Pageid#: 575